UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| *In re* Application of<br><br>MOUSSY SALEM,<br><br>     Applicant,<br><br>FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM BENO SALEM | **Civil Action No.**<br><br>**Application for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782** |

Pursuant to 28 U.S.C. § 1782, Applicant Moussy Salem ("**Applicant**"), by and through his undersigned counsel, respectfully submits this Application to take discovery from Beno Salem, a resident of this District.

Applicant seeks an order authorizing the issuance of subpoenas *duces tecum* and *ad testificandum* (together, the "**Subpoenas**") to Beno Salem attached hereto as **Exhibit A**. This discovery is sought in aid of proceedings ("**English Proceeding**s") pending before the High Court of Justice, Business & Property Courts of England and Wales, Business List (ChD). The English Proceedings concern allegations by Applicant that Freddy Salem, Monline UK Limited, Salim Levy and Ezra Aghai engaged in a wrongful pattern of conduct that includes breaches of fiduciary duty, conspiracy, and fraudulent transfers.

As discussed in greater detail in Applicant's accompanying memorandum of law, this Application: (1) meets the four statutory requirements set forth in 28 U.S.C. § 1782 for granting this application; and (2) satisfies the four discretionary factors annunciated by the Supreme Court in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 (2004) for granting Applicant's application. The documents and information sought are relevant to the ongoing English Proceedings. Beno Salem seeks the requested discovery for purposes of use in these proceedings.

The discovery sought is neither unduly burdensome nor intrusive on Beno Salem. The High Court of Justice, Business & Property Courts of England and Wales, Business List is receptive to the discovery sought and Applicant is not using this proceeding as an attempt to circumvent the requirements of the English judicial process.

This Application is not made *ex parte* although service is not required under 28 U.S.C.§ 1782. *See In re Braga*, 789 F. Supp. 2d 1294, 1303 (S.D. Fla. 2011). Beno Salem is aware of the proceedings against him and as such, undersigned counsel will take every effort to serve him with this Application and attachments thereto and to afford Mr. Salem an opportunity to timely respond to the Application.

WHEREFORE, Applicant respectfully requests that the Court grant the Application and authorize Applicant to issue Subpoenas to Beno Salem in the form attached hereto as **Exhibit A**; authorize Applicant to issue additional subpoenas for the production of documents and/or depositions of Beno Salem as Applicant reasonably deems appropriate, and as are consistent with the Federal Rules of Civil Procedure; for the Court to retain jurisdiction over this matter for purposes of enforcing any subpoenas issued herein; and for such other and further relief as the Court deems just and proper.

Dated: August 21, 2023

Respectfully submitted,

　　　　 */s/ Andrea Guzman*

Andrea Guzman
FL. Bar No. 118716
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
PH: 305-423-8525
FX: 305-310-5663

-

andrea.guzman@us.dlapiper.com

James E. Berger (*Pro Hac Vice* pending)
Charlene C. Sun (*Pro Hac Vice* pending)
Erin Collins (*Pro Hac Vice* pending)
Jamie Brensilber (*Pro Hac Vice* pending)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, NY 10020
PH: 212-335-4715
FX: 212-884-8715
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com
erin.collins@us.dlapiper.com
jamie.brensilber@us.dlapiper.com

*Attorneys for Applicant Moussy Salem*