# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| *In re* Application of<br><br>MOUSSY SALEM,<br><br>　　　　Applicant,<br><br>FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM BENO SALEM | Civil Action No. |

## [PROPOSED] ORDER GRANTING APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782

**THIS CAUSE** came before the Court upon the Application of Moussy Salem ("**Applicant**") for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 in Aid of a Foreign Proceeding (the "**Application**") which seeks documentary and testimonial evidence from Beno Salem for use in judicial proceedings before the High Court of Justice, Business & Property Courts of England and Wales, Business List (ChD).

The Court, having considered the § 1782 Application and supporting memorandum, and otherwise being fully advised in the premises:

**IT IS HEREBY ORDERED** that:

1. Applicant's Motion is **GRANTED**.

2. Applicant is authorized to take discovery from Beno Salem by issuing subpoenas for depositions and/or production of documents in the forms attached to this Order.

3. Beno Salem is hereby directed to respond to the subpoenas within twenty eight (28) days of service of the Subpoenas and in conformity with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Southern District of Florida.

4. Beno Salem shall preserve documents, electronic or otherwise, and evidence in his possession, custody or control that contain information potentially relevant to the subject matter of the foreign proceeding at issue in the application.

**IT IS SO ORDERED.**

Dated:

_____

UNITED STATES DISTRICT JUDGE