UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-mc-23186-KMM

*In re* Application of

MOUSSY SALEM,

                Applicant,

FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM BENO SALEM

**SECOND DECLARATION OF ERIN COLLINS IN FURTHER SUPPORT OF APPLICANT'S MOTION FOR ISSUANCE OF SUMMONS**

COMES NOW, counsel for Applicant Moussy Salem ("**Applicant**"), does hereby declare the following under penalties of perjury pursuant to Fla. Stat. § 92.525(2):

1. My name is Erin Collins. I am over the age of 18 and competent to sign this declaration, and could offer competent testimony in court under penalty of perjury. I am counsel for the Applicant in this action.

2. I respectfully submit this supplemental declaration in further support of Applicant's Motion for Issuance of a Summons (ECF No. 16) filed on August 29, 2023 (the "**Motion**"), which seeks this Court's issuance of a summons for purposes of effectuating substitute service on Respondent Beno Salem. Applicant seeks to serve its Application for Assistance in Aid of Foreign Proceeding Pursuant to 28 U.S.C. § 1782 (the "**Application**") on August 21, 2023.[1] ECF No. 1.

---

[1] The Application was filed and intended to be served on notice to Respondent, rather than *ex parte*. ECF No. 4.

**I.     NEW DEVELOPMENTS SINCE ERIN COLLINS' SEPTEMBER 12, 2023 DECLARATION (ECF NO. 17) IN FURTHER SUPPORT OF APPLICANT'S MOTION**

3. Since September 12, 2023, Applicant has continued to attempt to serve Beno Salem.

4. On September 21, 26, 28 and 29, 2023, process server Roxana Bithman attempted to serve Beno Salem at his address at 17901 Collins Ave., Unit 1701, Sunny Isles Beach, FL 33160. Each attempt was unsuccessful. Ms. Bithman was also informed by security that Beno Salem "ha[d] been gone for several months and will not be back until late October or November 2023. A true and correct copy of the Return of Non-Service by Roxana Bithman detailing each of these attempts is attached hereto as **Exhibit A.**

5. In light of the above-referenced statement made to Ms. Bithman that Beno Salem had not resided at his 17901 Collins Avenue address for many months, Applicant made additional attempts to serve Beno Salem at the New York addresses where Applicant believed Beno resided. On September 27, 28 and 29, 2023, Vincent Mannetta attempted to serve Beno Salem at his address at 2111 East 2nd Street, Brooklyn, NY 11223. On September 27, 2023, Mr. Mannetta was informed that Beno Salem did not live there. On September 28, 2023, Mr. Mannetta was informed that Beno Salem was not home. And, on September 29, 2023, Mr. Mannetta was told that Beno Salem was away. A true and correct copy of the Affidavit of Non Service by Vincent J. Mannetta detailing each of these attempts is attached hereto as **Exhibit B**.

6. Mr. Mannetta also attempted to serve Beno Salem at 2259 E. 4th Street, Brooklyn, NY 11223; however, he was informed by the housekeeper that Beno Salem did not live there. A true and correct Affidavit of Non Service by Vincent J. Mannetta detailing each attempt to serve at 2259 E. 4th Street from September 26 to 29, 2023 is attached hereto as **Exhibit C**.

7. On October 9, 2023, Ricardo Curo attempted to serve Beno Salem at his 2111 East 2nd Street address. At this attempt, a woman spoke through the intercom and informed Mr. Curo

that Beno Salem did not live there. A true and correct copy of the Affidavit of Non Service by Ricardo Curo is attached hereto as **Exhibit D**.

8. From October 31, 2023 to November 5, 2023 Massimo Salvato attempted to serve Beno Salem at his 17901 Colins Avenue, Unit 1701 address. Mr. Salvato was unable to serve Beno Salem, and the building receptionist denied Mr. Salvato's requests to access the unit to attempt personal service on Beno Salem. On November 5, 2023, Mr. Salvato was informed that Beno Salem's wife was in the apartment, however he was not allowed up to the apartment to deliver the papers to her. A true and correct copy of the Affidavit of Non Service by Massimo Salvato is attached hereto as **Exhibit E**.

\*   \*   \*

9. As explained in my prior declaration of September 12, 2023 (ECF NO. 17) and as the foregoing demonstrates, Applicant has made multiple, good faith attempts to serve Beno personally with the papers at all of the addresses known to Applicant during the past 120 days. Applicant therefore respectfully requests that the Court find that there is good cause for why Applicant has been unable to effect service, and respectfully reiterates his request that the Court grant the Motion and order the Clerk of the Court to issue a summons so that substitute service can be perfected.

I, Erin Collins, do hereby swear or affirm under penalties of perjury that I am counsel of record for Applicant Moussy Salem; that I have read the foregoing Declaration and to the best of my knowledge and belief the facts stated in it are true.

Dated: November 20, 2023

_____
Erin Collins