# Exhibit A

## RETURN OF NON-SERVICE
### UNITED STATES DISTRICT COURT
Southern District of Florida

Case Number: 1:23-CV-23186-XXXX

**In re Application of**
**MOUSSY SALEM,**
**Applicant,**
**FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM BENO SALEM**

For:
Andrea Guzman
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Received by On Demand Process Service, LLC on the 22nd day of September, 2023 at 3:34 pm to be served on **Beno Salem, 17901 Collins Ave., Unit 1701, Sunny Isles Beach, FL 33160**.

I, Roxana Bithman 2216, do hereby affirm that on the **29th day of September, 2023** at **3:03 pm, I:**

**NON-SERVED** the **The Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 from Beno Salem, the Civil Cover Sheet, the forms of subpoena duces tecum and ad testificandum, the Proposed Order, the Memorandum of Law in Support of the Application, the Declaration of Simon Goldring and its exhibits (collectively, the "Application"), and Motion for Issuance of Summons with Exhibits A,B,C** for the reason that I failed to find **Beno Salem** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
9/21/2023  1:25 pm  Attempted Service on Beno Salem at 17901 Collins Avenue, Unit 1701, Sunny Isles Beach, FL 33160. I was escorted upstairs by building security. No visible lights on underneath the door gap. No sounds or movement detected. No answer. No one was there.
9/26/2023  12:37 pm  Attempted Service on Beno Salem at 17901 Collins Avenue, Unit 1701, Sunny Isles Beach, FL 33160. I was escorted upstairs by building security. No visible lights on underneath the door gap. No sounds or movement detected. No answer. No one was there.
9/28/2023  11:40 am  Attempted Service on Beno Salem at 17901 Collins Avenue, Unit 1701, Sunny Isles Beach, FL 33160. I was escorted upstairs by building security. No sounds or movement detected. No answer. No one was there. Per front desk security, they have been gone for several months and will not be back until late October or November, 2023.
9/29/2023  3:03 pm  Attempted Service on Beno Salem at 17901 Collins Avenue, Unit 1701, Sunny Isles Beach, FL 33160. I was escorted upstairs by building security. No sounds or movement detected. No answer. No one was there.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and the facts stated in it are true. No Notary required pursuant of F.S.92.525(2)

*Roxana Bithman*
**Roxana Bithman 2216**
Process Server

**On Demand Process Service, LLC**
**P. O. Box 440565**
**Miami, FL 33144**
**(305) 305-9872**

Our Job Serial Number: ODE-2023000706
Ref: 441044.00001

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r