# Exhibit B

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
ATTORNEY: DLA PIPER US LLP - NEW YORK, NY
ADDRESS: 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020

INDEX NUMBER:
1:23-CV-23186-XXXX

**Date Filed:** 08/21/2023

In re Petition of MOUSSY SALEM

*Applicant*

Job #: 1477331
Court Date: Time:

*vs*

FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. §1782 FROM
BENO SALEM

*Defendant*

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Vincent J. Mannetta, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **09/29/2023** at **9:53 AM.**, at 2111 EAST 2ND STREET , BROOKLYN, NY 11223
Deponent attempted to serve the within  **Application for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 with Civil Cover Sheet, Exhibit A, Proposed Order, Memorandum of Law in Support of Motion with Exhibits, Motion for Issuance of Summons with Proposed Summons and Exhibits**
On **BENO SALEM**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I attempted service on 09/27/23 @12:05 p.m.  I spoke through the intercom and was advised that the Subject doesn't live there.  Attempted on 09/28/23 @ 8:58 p.m.  I was advised that the Subject was not home. Attempted on 09/29/23 @ 9:53 a.m.  The housekeeper advised that the Subject is away.  No further information was provided as to where he was or when he would be back.

Vincent J. Mannetta
DCA License#   2067589

Sworn to before me on 10/04/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026

