# Exhibit C

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
ATTORNEY: DLA PIPER US LLP - NEW YORK, NY
ADDRESS: 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020

| | |
|---|---|
| In re Petition of MOUSSY SALEM | INDEX NUMBER: 1:23-CV-23186-XXXX |
| | Date Filed: 08/21/2023 |
| *Applicant* | Job #: 1477253 |
| *vs* | Court Date:  Time: |
| FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. §1782 FROM BENO SALEM | |
| *Defendant* | |

**AFFIDAVIT OF NON SERVICE**

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Vincent J. Mannetta, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **09/29/2023** at **9:57 AM.**, at 2259 E. 4TH STREET, BROOKLYN, NY 11223
Deponent attempted to serve the within **Application for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 with Civil Cover Sheet, Exhibit A, Proposed Order, Memorandum of Law in Support of Motion with Exhibits, Motion for Issuance of Summons with Proposed Summons and Exhibits**
On **BENO SALEM**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I attempted service on 09/26/23 @ 9:04 a.m.  The housekeeper came to the door and said she doesn't know who the Subject was.  Attempted on 09/27/23 @ 11:52 a.m. on 09/28/23 @ 9:02 p.m. and on 09/29/23 @ 9:57 a.m.  No answer on all attempts.

Vincent J. Mannetta
DCA License#   2067589

Sworn to before me on 10/04/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026



*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*