# Exhibit D

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA
ATTORNEY: DLA PIPER US LLP - NEW YORK, NY
ADDRESS: 1251 AVENUE OF THE AMERICAS NEW YORK, NY 10020

In re Petition of MOUSSY SALEM

*Applicant*

vs

FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. §1782 FROM BENO SALEM

*Defendant*

INDEX NUMBER:
1:23-CV-23186-XXXX
Date Filed: 08/21/2023
Job #: 1477619
Court Date:  Time:

## AFFIDAVIT OF NON SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

Ricardo Curo, being duly sworn, deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York.

That on **10/09/2023** at **9:24 PM.**, at 2111 EAST 2ND STREET , BROOKLYN, NY 11223
Deponent attempted to serve the within **Application for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 with Civil Cover Sheet, Exhibit A, Proposed Order, Memorandum of Law in Support of Motion with Exhibits, Motion for Issuance of Summons with Proposed Summons and Exhibits**
On **BENO SALEM**

That diligent effort was made by deponent to serve the within document(s) on the defendant(s)/respondent therein named without success for the reasons indicated below:

I attempted service on 10/09/23 @ 9:24 p.m.  I spoke with a woman by the intercom who said that the Subject doesn't live there.  I asked where he lived and she refused to provide any further information.

Ricardo Curo
DCA License#   2034227

Sworn to before me on 10/10/2023

Adriana Bartolotta
Notary Public, State of New York
Registration No. 01BA6377720
Qualified in Nassau County
Commission Expires 07/16/2026



*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542*