# Exhibit E

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-mc-23186-KMM

*In re* Application of

MOUSSY SALEM,

        Applicant,

FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM BENO SALEM

### AFFIDAVIT OF NON SERVICE

MASSIMO SALVATO, being duly sworn, deposes and says:

1. That deponent is not a party to this action, is over 18 years of age and resides in London, England;

2. That I have been duly authorized to make service of the Applicant's Application for Assistance in Aid of a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 along with its Exhibit A, Proposed Order, Memorandum of Law in Support of Motion with Exhibits, Civil Cover Sheet, Motion for Issuance of Summons with Proposed Summons and Exhibits; and

3. That diligent effort was made by deponent to serve the aforementioned documents on Beno Salem without success for the reasons indicated below:

    a. From October 31, 2023 to November 5, 2023, I observed Beno Salem's registered address at 17901 Collins Avenue, Unit 1701, Sunny Isles Beach, FL 33160 during the majority of each day. There were multiple exits so I could not observe each exit simultaneously. Beno Salem was not identified leaving the condominium on foot at any time. I was unable to serve him outside of the premises, and was not granted access to Beno Salem's condominium entrance.

1

b.  On November 5, 2023, I attempted to gain entrance to Beno Salem's condominium address. On that day, I requested that the condominium receptionist call Beno Salem's unit using the intercom. She agreed, and Mrs. Salem answered the phone. The receptionist informed Mrs. Salem that a package had arrived to be delivered to Beno Salem. Mrs. Salem said that they were not expecting a delivery. The receptionist therefore would not grant me access to the unit, and I was unable to serve Beno Salem the documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:   London, England
         November 19th 2023

_____
Massimo Salvato