UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 23-mc-23186-KMM/Becerra

*In re* Application of

Moussy Salem,

    Applicant,

FOR AN ORDER TO TAKE
DISCOVERY PURSUANT TO
28 U.S.C. § 1782 FROM BENO
SALEM
_____/

## ORDER ON MOTION FOR ISSUANCE OF SUMMONS

THIS CAUSE is before the Court on Applicant, Moussy Salem's, Motion for Issuance of Summons (the "Motion"), ECF No. [16]. The Honorable K. Michael Moore referred the Motion to the undersigned for resolution. ECF No. [18].

Upon consideration of the Motion, the pertinent portions of the record, and being otherwise advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Clerk of Court is directed to issue the summons attached as Exhibit A to the Motion, ECF No. [16-1], to Respondent, Beno Salem, c/o Secretary of State; P.O. Box 6327; Tallahassee, FL 32314.

**DONE AND ORDERED** in Chambers in Miami, Florida on January 10, 2024.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

1