UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 1:23-mc-23186-KMM

*In re* Application of MOUSSY SALEM,
        Applicant,

FOR AN ORDER TO TAKE DISCOVERY PURSUANT
TO 28 U.S.C. § 1782 FROM BENO SALEM

### RETURN OF SERVICE DECLARATION

I HEREBY CERTIFY that on January 16, 2024, I caused to be served a copy of the Application for Judicial Assistance and all attachments and supporting papers, the Memorandum of Law in Support of the Application, the Motion for Issuance of Summons and all attachments and supporting papers, the Order on Motion for Issuance of Summons, the Summons, and the January 16, 2024 Letter from the Florida Department of State (collectively the "**Documents**"), on Beno Salem (17901 Collins Ave., Unit 1701, Sunny Isles Beach, FL 33160, benosalem@yahoo.com), by mailing the Documents by e-mail, UPS, and USPS certified mail.

1. The Documents were emailed on January 16, 2024 to Beno Salem at benosalem@yahoo.com. A copy of the transmittal email is attached hereto as **Exhibit A**.

2. The Documents were delivered to Beno Salem by UPS on January 17, 2024. A copy of the proof of service indicating that the aforementioned documents and tracking receipt from UPS is attached hereto as **Exhibit B**.

3. The Documents were sent to Beno Salem by USPS certified mail (return receipt requested). The Documents were returned to DLA Piper without signature of the return receipt on January 23, 2024.

4. In accordance with Rule 7.1(c)(1) of the Local Rules for the United States District Court for the Southern District of Florida, Beno Salem's Opposition is due on January 30, 2024, *i.e.*, fourteen days following service of the Documents.

I declare under penalty of perjury that the foregoing information is true and correct.

Dated: New York, New York
January 23, 2024

_____
Erin Collins