IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

| | |
|---|---|
| *In re* Application of<br><br>MOUSSY SALEM,<br><br>      Applicant,<br><br>FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM BENO SALEM | Case No. 1:23-mc-23186-KMM |

**DECLARATION OF NATHANIEL J. KRITZER IN SUPPORT OF
BENO SALEM'S MOTION TO DISMISS OR STAY MOUSSY SALEM'S
APPLICATION FOR JUDICIAL ASSISTANCE PURSUANT TO 28 U.S.C. § 1782
AND FOR ENTITLEMENT TO FEES AND COSTS**

I, Nathaniel J. Kritzer, hereby declare and state as follows:

1. I am an attorney at the law firm of Steptoe LLP, counsel for Beno Salem ("Respondent") in the above-captioned matter. I submit this declaration in support of Respondent's Motion to Dismiss or Stay Moussy Salem's ("Petitioner") Application for Judicial Assistance in Pursuant to 28 U.S.C. § 1782 and for Entitlement to Fees and Costs, filed contemporaneously herewith. I am authorized to submit this declaration on behalf of Defendants.

2. Attached to this declaration are true and correct copies of the following documents:

| Exhibit | Document |
|---|---|
| 1 | Settlement Agreement between Moussa Raymond Salem, Mireille Raymond Salem, Robert David Salem, Freddy Moussa Salem, Beno Moussa Salem, Rothschild Switzerland (CI) Trustee Limited, Guernsey Global Trust Limited, Rothschild Trust Guernsey Limited, Rothschild Trust (Schweiz) AG, and RTB Trustees AG |
| 2 | Applicant Moussy Salem's Notice of Voluntary Dismissal without Prejudice, *In re Moussy Salem*, Case No. 23-mc-1092, ECF No. 17 (E.D.N.Y.) |

| | |
|---|---|
| 3 | Memorandum of Law in Support of Petitioner's *Ex Parte* Petition for Judicial Assistance Pursuant to 28 U.S.C. § 1782, *In re Moussy Salem*, Case No. 23-mc-1092, ECF No. 4 (E.D.N.Y.) |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 25, 2024  
New York, New York

STEPTOE LLP  
By: /s/ Nathaniel J. Kritzer

Nathaniel J. Kritzer [*]  
Jason E. Meade [*]  
1114 Avenue of the Americas  
New York, New York 10036  
Tel: (212) 506-3900  
Fax: (212) 506-3950  
nkritzer@steptoe.com  
jmeade@steptoe.com

Elise Haverman (Bar No. 1003004)  
1330 Connecticut Avenue, NW  
Washington, DC 20036  
Tel: (202) 429-8000  
Fax: (202) 429-3902  
ehaverman@steptoe.com

*Counsel for Movant Beno Salem*

[*] *Pro Hac Vice* motion forthcoming

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 25, 204, a true and correct copy of the DECLARATION OF NATHANIEL J. KRITZER IN SUPPORT OF BENO SALEM'S MOTION TO DISMISS OR STAY MOUSSY SALEM'S APPLICATION FOR JUDICIAL ASSISTANCE IN PURSUANT TO 28 U.S.C. § 1782 AND FOR ENTITLEMENT TO FEES AND COSTS was electronically filed and served on all counsel via CM/ECF.

Dated: January 25, 2024  
New York, New York

STEPTOE LLP  
By: /s/ Nathaniel J. Kritzer

Nathaniel J. Kritzer [*]  
Jason E. Meade [*]  
1114 Avenue of the Americas  
New York, New York 10036  
Tel: (212) 506-3900  
Fax: (212) 506-3950  
nkritzer@steptoe.com  
jmeade@steptoe.com

Elise Haverman  
Florida Bar No. 1003004  
1330 Connecticut Avenue, NW  
Washington, DC 20036  
Tel: (202) 429-8000  
Fax: (202) 429-3902  
ehaverman@steptoe.com

*Counsel for Beno Salem*

[*] *Pro Hac Vice* motion forthcoming

3