# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In re* Petition of<br><br>MOUSSY SALEM<br><br>FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. §1782 FROM BENO SALEM | Civil Action No. 23-mc-1092-ENV |

## APPLICANT MOUSSY SALEM'S
## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Given Respondent Beno Salem's statement that "Florida is [his] home" and he "intend[s] to reside in Florida for all of the foreseeable future," Dkt. No. 14 at ¶ 3, Petitioner Moussy Salem hereby gives notice of his voluntary dismissal of the instant action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This action is still at an early stage. Pursuant to Rule 41, no party has filed an answer, motion for summary judgment, or counterclaim. *See* Fed. R. Civ. Proc. 41.

Accordingly, Moussy Salem provides notice of his voluntary dismissal of this action without prejudice.

Dated: July 31, 2023

Respectfully submitted,

 /s/ James E. Berger
James E. Berger
Charlene C. Sun
Erin Collins
Jamie Brensilber

1

DLA Piper LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020
PH: 212-335-4715
FX: 212-884-8715
james.berger@us.dlapiper.com
charlene.sun@us.dlapiper.com
erin.collins@us.dlapiper.com
jamie.brensilber@us.dlapiper.com

*Attorneys for Petitioner Moussy Salem*