**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| *In re* Application of<br><br>MOUSSY SALEM,<br><br>                              Applicant,<br><br>FOR AN ORDER TO TAKE DISCOVERY<br>PURSUANT TO 28 U.S.C. § 1782 FROM<br>BENO SALEM | Case No.: 23-cv-23186-MOORE/Elfenbein |

**<u>APPLICANT'S NOTICE OF FILING OF DOCUMENTS FOR JULY 8, 2024 HEARING</u>**

       Pursuant to the Court's June 20, 2024, Order Resetting Hearing (ECF No. 64), Applicant Moussy Salem, by and through undersigned counsel, hereby submits this Notice of Filing of documents upon which Moussy intends to rely at the July 8, 2024, hearing:

I.    The initiating documents for the Intervening Action:[1]

       1.    **<u>Exhibit 1</u>**: April 11, 2014, Particulars of Claim filed by Claimants Moussy Salem, Isaac Salem, and Mireille Salem, against Defendants Freddy Salem, Beno Salem, Rothschild Switzerland (C.I.) Trustees Limited, and Guernsey Global Trust Limited, in the Chancery Division of the High Court of Justice in England, claim no. HC-2014-000788.

       2.    **<u>Exhibit 2</u>**: February 23, 2024, Application Notice by Moussy Salem to lift the stay in claim no. HC-2014-000788.

---

[1] Although it is Moussy's position that the Initiating Documents for the Intervening Action this Court ordered Moussy to file are not governed by the English Court's April 17, 2024 order, Moussy intends to seek leave to file the documents provisionally under seal until the Court resolves Beno's sealing motion and addresses the scope of the April 17, 2024 order from the English Court.  Moussy refers the Court to Exhibit 1 of the March 15, 2024, Declaration of Lauren Tabaksblat (ECF No. 44-1) for the April 15, 2016, Settlement Deed relied on by Beno in his Motion to Dismiss.

3.      **Exhibit 3**: February 23, 2024, First Witness Statement of Shlomo Hai Rechtschaffen.

II.     The following declarations with respect to the questions set forth in the Court's June 20, 2024, Order Resetting Hearing:

4.      **Exhibit 4**: July 1, 2024, Declaration of Simon Ian Goldring.[2]

5.      **Exhibit 5**: July 1, 2024, Declaration of Lauren Tabaksblat.

III.    The following documents in support of Moussy's Application, and in response to Beno's Opposition and Motion to Dismiss or Stay Application and For Entitlement to Fees and Costs:

6.      **Exhibit 6**: August 21, 2023, Declaration of Simon Ian Goldring In Support of Moussy's Application for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 From Beno Salem, previously filed at ECF No. 4-1.

7.      **Exhibit 7**: August 21, 2023, Proposed Subpoenas to Beno Salem, previously filed at ECF No. 1-2.

8.      **Exhibit 8**: July 19, 2023, Disclosure Review Document from the English Proceedings, attached as Exhibit 8 to the March 15, 2024, Declaration of Lauren Tabaksblat, previously filed at ECF No. 44-1.

9.      **Exhibit 9**:  March 26, 2010, Email from Beno Salem to Moussy Salem re: "Change of address," attached as Exhibit 2 to the March 15, 2024, Declaration of Lauren Tabaksblat, previously filed at ECF No. 44-1.

10.     **Exhibit 10**: July 24, 2023, Memorandum of Law In Support of Beno Salem's Motion to Quash, *In re Petition of Moussy Salem For An Order To Take Discovery Pursuant To*

---

[2] The July 1, 2024 Declaration of Simon Ian Goldring references certain portions of the Settlement Deed. Accordingly, Moussy also intends to seek leave to file portions of Mr. Goldring's declaration under seal.

*28 U.S.C. § 1782 From Beno Salem* (E.D.N.Y. 2023), attached as Exhibit 3 to the March 15, 2024, Declaration of Lauren Tabaksblat, previously filed at ECF No. 44-1.

11.     **Exhibit 11**: July 24, 2023, Declaration of Nathaniel J. Kritzer, *In re Petition of Moussy Salem For An Order To Take Discovery Pursuant To 28 U.S.C. § 1782 From Beno Salem* (E.D.N.Y. 2023), attached as Exhibit 4 to the March 15, 2024, Declaration of Lauren Tabaksblat, previously filed at ECF No. 44-1.

12.     **Exhibit 12**: July 24, 2023, Declaration of Beno Salem, *In re Petition of Moussy Salem For An Order To Take Discovery Pursuant To 28 U.S.C. § 1782 From Beno Salem* (E.D.N.Y. 2023), attached as Exhibit 5 to the March 15, 2024, Declaration of Lauren Tabaksblat, previously filed at ECF No. 44-1.

13.     **Exhibit 13**: July 24, 2023, Declaration of Martin Davies, *In re Petition of Moussy Salem For An Order To Take Discovery Pursuant To 28 U.S.C. § 1782 From Beno Salem* (E.D.N.Y. 2023), attached as Exhibit 6 to the March 15, 2024, Declaration of Lauren Tabaksblat, previously filed at ECF No. 44-1.

14.     **Exhibit 14**: September 12, 2023, Declaration of Erin Collins In Further Support of Applicant's Motion for Issuance of Summons, previously filed at ECF No. 17.

15.     **Exhibit 15**: November 20, 2023, Second Declaration of Erin Collins In Further Support of Applicant's Motion for Issuance of Summons, previously filed at ECF No. 19.

16.     **Exhibit 16**: January 8, 2024, Affidavit from Roxana Bithman re Return of Non-Service as to Beno Salem, previously filed at ECF No. 21.

IV.     With respect to Beno Salem's Opposition to Moussy's Application, Moussy hereby submits two recent Orders from parallel Section 1782 proceedings filed by Moussy in the United States District Courts for the Southern District of New York and the District of Connecticut.

Intervenor Freddy Salem filed motions to quash in both proceedings, which were predicated on similar factual and legal arguments as Beno's pending Opposition in these Proceedings.  The Orders are as follows:

17.     **Exhibit 17**: June 17, 2024, Opinion and Order in *In re Application of Moussy Salem For An Order To Take Discovery Pursuant to 28 U.S.C. § 1782 From JPMorgan Chase Bank, N.A.*, Case No. 1:24-mc-00005-JPC (S.D.N.Y. 2024), by the Honorable John P. Cronan in the United States District Court for the Southern District of New York.  In the 30-page Opinion and Order attached hereto, Judge Cronan denied Intervenor Freddy Salem's Motion to Quash.

18.     **Exhibit 18**: July 1, 2024, Ruling on Motion to Quash in *In re Application of Moussy Salem for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782 From UBS AG*, Case No. 3:24-mc-00003-VDO, by the Honorable S. Dave Vatti in the United States District Court for the District of Connecticut.  Judge Vatti denied Intervenor Freddy Salem's Motion to Quash all subpoena requests except for requests 9 and 11.

V.     Selected legal authorities cited in Moussy's Application and Consolidated Brief Replying to Beno's Opposition and Responding to Beno's Motion to Dismiss or Stay Application and For Entitlement to Fees and Costs:

19.     **Exhibit 19**: *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004).

20.     **Exhibit 20**: *In re Clerici*, 481 F.3d 1324 (11th Cir. 2007).

21.     **Exhibit 21**: *In re Chevron Corp.*, 633 F.3d 153 (3d Cir. 2011).

22.     **Exhibit 22**: *In re Bernal*, 2018 WL 6620085 (S.D. Fla. Dec. 18, 2018).

23.     **Exhibit 23**: *In re Novoship (UK) Ltd.*, 2020 WL 3286308 (S.D. Fla. June 18, 2020).

24.     **Exhibit 24**: *Mees v. Buiter*, 793 F.3d 291 (2d Cir. 2015).

4

25.     **Exhibit 25**: *In re Petrus Advisers Invs. Fund, L.P.*, 2023 WL 3871614 (S.D. Fla. Mar. 9, 2023).

26.     **Exhibit 26**: *In re Gonzalez*, 2021 WL 3835180 (S.D. Fla. Apr. 14, 2021), *aff'd*, *Gonzalez v. Verfruco Foods, Inc.*, 2023 WL 1794391 (11th Cir. Feb. 7, 2023).

27.     **Exhibit 27**: *In re N.A. Potash, Inc.*, 2012 WL 12877816 (S.D. Fla. Nov. 19, 2012), *report and recommendation adopted*, 2013 WL 12113190 (S.D. Fla. Mar. 13, 2013).

28.     **Exhibit 28**: *Consorcio Ecuatoriano de Telecomunicaciones S.A. v. JAS Forwarding (USA), Inc.*, 747 F.3d 1262 (11th Cir. 2014).

29.     **Exhibit 29**: *Redel's Inc. v. Gen. Elec. Co.*, 498 F.2d 95 (5th Cir. 1974).

30.     **Exhibit 30**: *Chigos v. Werner Co.*, 2014 WL 12596525 (M.D. Fla. Feb. 26, 2014).

31.     **Exhibit 31:** *Perkey v. Prudential Ins. Co. of Am.*, 1994 WL 652771 (M.D. Fla. Nov. 10, 1994).

32.     **Exhibit 32**: *Univ. of Fla. Rsch. Found. v. Motorola Mobility, LLC*, 3 F. Supp. 3d 1374, 1377-78 (S.D. Fla. 2014).

33.     **Exhibit 33**: Black's Law Dictionary, "claim" def. (11th ed. 2019).

34.     **Exhibit 34**: *4539 Pinetree LLC v. Certain Underwriters at Lloyd's London*, 2023 WL 4933149 (S.D. Fla. July 18, 2023), *report and recommendation adopted*, 2023 WL 4931271 (S.D. Fla. Aug. 2, 2023).

35.     **Exhibit 35**: *MSP Recovery Claims, Series LLC v. Northland Ins. Co.*, 2021 WL 3410390 (S.D. Fla. Aug. 4, 2021).

36.     **Exhibit 36**: *Wolf v. Pacific Nat. Bank, N.A.*, 2010 WL 1462298 (S.D. Fla. Mar. 18, 2010), *report and recommendation adopted*, 2010 WL 1489995 (S.D. Fla. Apr. 13, 2010).

Dated: July 1, 2024

Respectfully submitted,

**FLASTER GREENBERG, P.C.**
2255 Glades Road, Suite 324A
Boca Raton, Florida 33431
Tel: (561) 961-4508

*/s/ Meghan C. Moore*
Meghan C. Moore, Esq.
Florida Bar No. 668958
Meghan.moore@flastergreenberg.com
Nicole A. Josephy, Esq.
Florida Bar No. 124492
Nicole.joseph@flastergreenberg.com

Lauren Tabaksblat, Esq.
(*pro hac vice*)
Tyler D. Purinton
(*pro hac vice* forthcoming)
Brown Rudnick LLP
7 Times Square
New York, NY 10036
Tel: 212-209-4800
Fax: 212-209-4801
ltabaksblat@brownrudnick.com

*Counsel for Applicant Moussy Salem*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2024, I caused copies of the foregoing to be served through the Court's ECF system upon counsel of record.

Dated: July 1, 2024

*/s/ Meghan C. Moore*