## SALEM v SALEM & ORS
Claim No. BL-2022-000926

**DISCLOSURE REVIEW DOCUMENT (ISSUES AND MODES MODE OF DISCLOSURE) APPROVED BY THE MASTER ON 19th JULY 2023**

| | Brief description of the Issue for Disclosure | | Model of Extended Disclosure (A – E) | |
|---|---|---|---|---|
| | | Reference to statement of case | By Claimant | By Defendants |
| 1. | **Winding up of Parker**<br><br>(a) Why was Parker wound up by means of a members' voluntary liquidation?<br><br>(b) What tax advice was taken in relation to the winding up of Parker, in particular, as regards entrepreneurs' relief?<br><br>(c) Did the Claimant and / or the First Defendant know that Parker was to be wound up in order that its members qualify for entrepreneurs' relief? Did they agree to its winding up on this basis?<br><br>(d) What tax benefit was claimed and received by the Claimant, the First Defendant and others in relation to the winding up of Parker? | Def1 4(c)<br><br>Reply 4(a)(iv), 11(c)(ii) | Model D | D1: Model D<br><br>D2-4: Model B |
| | | | | |
| 2. | **Sale to the Company (Monline BVI)** | Def1 3(f)(ii), 4(e), 4(f), 4(j) | Model B for 2a | Model B for 2a |

| | Brief description of the Issue for Disclosure | | Model of Extended Disclosure (A – E) | |
|---|---|---|---|---|
| | | Reference to statement of case | By Claimant | By Defendants |
| | (a) What assets were sold by Parker to the Company? (b) What was the state of the Claimant's knowledge as to whether or not the Company would acquire Parker's contract with Morsgate? | Reply 4(c) | Model D for 2b | Model D for 2b |
| | | | | |
| 3. | **Beneficial ownership of the Company** Who were the beneficial owners of the shares in the Company as at 16 March 2016 and/or thereafter? | PoC 5 Def1 3(e) Def2 6 Reply 3(c), 4(a)(iii) | Model D | D1: Model D D2-4: Model B |
| | | | | |
| 4. | **The Company's supply of Parker Services to Morsgate** On what basis did the Company supply Parker Services to Morsgate from 30 March 2016 to 6/7 June 2016? | PoC 16 Def1 3(f), 4, 12, 16(a) Def2 21, 23 | Model D | Model D |

| | Brief description of the Issue for Disclosure | | Model of Extended Disclosure (A – E) | |
|---|---|---|---|---|
| | | Reference to statement of case | By Claimant | By Defendants |
| | | Reply 4(a)(i), 4(b), 5 | | |
| | | | | |
| 5. | **UK Transfer**<br><br>(a) What dealings were there between (i) the Company (ii) the parties and (iii) Morsgate with respect to the UK Transfer and/or the supply of Parker Services in the period 16 March 2016 to 1 August 2016?<br><br>(b) What was the practical effect of the UK Transfer as between the Company, D2 and/or Morsgate (i) in the period from 6/7 June 2016 to 1 August 2016 and (ii) thereafter?<br><br>(c) What was the intention of the parties in respect of the UK Transfer? | PoC 7, 18, 20, 23, 25, 26, 28, 32<br><br>Def1 3(f), 4(j), 4(k), 12, 14, 19<br><br>Def2 8(a), 25(b) 25(c), 29, 30, 33, 35<br><br>Reply 3(f), 3(g), 4(g), 5(c)<br><br>RRFI 2, 18 | Model D | Model D |
| | | | | |
| 6. | **The Company's UK bank account** | Def1 3(f)(iii), 4(i), 4(k)(i), | Model D | Model D |

3

| | Brief description of the Issue for Disclosure | | Model of Extended Disclosure (A – E) | |
|---|---|---|---|---|
| | | Reference to statement of case | By Claimant | By Defendants |
| | (a) What steps were made by or on behalf of the Company to open a UK bank account prior to 6 June 2016, when, by whom and with what result? (b) Was the Company's alleged failure or inability to open a UK bank account by 6 June 2016 relevant to the UK Transfer and if so, how? | 16(a), 19(b), 19(d) Def2 33(b) Reply 4(f), 4(h), 14(c) | | |
| | | | | |
| 7. | **Ownership and control of D2** (a) What dealings were there between D1, D3 and D4 on or before 6/7 June 2016 or thereafter regarding the formation, ownership and control of D2? (b) Do D3 and D4 hold their shares in D2 on trust for or as nominees for D1? | PoC 23, 37(a) Def1 7(d), 16(b), 18 Def2 33(b), 33(d), 33(e), 34 Reply 8(c), 16 RRFI 8, 11 | Model D for 7a Model D including searching for and disclosure of narrative documents for 7b | Model D for 7a Model D including searching for and disclosure of narrative documents for 7b |
| | | | | |

4

| | Brief description of the Issue for Disclosure | | Model of Extended Disclosure (A – E) | |
|---|---|---|---|---|
| | | Reference to statement of case | By Claimant | By Defendants |
| 8. | **Morsgate**<br><br>a) What role (if any) did D1 or D4 play in the management or affairs of Morsgate from 2013 onwards?<br><br>b) What services did Parker supply to Morsgate pursuant to the 'Parker Logistics Agreement' dated 14 March 2000 from 2013 until 30 March 2016?<br><br>c) What services were provided to Morsgate by the Company after 30 March 2016?<br><br>d) What payments were made to or for the benefit of D2 by Morsgate from 7 June 2016 to date and on what basis?<br><br>e) What became of those payments?<br><br>f) Did D2 cease to supply Parker Services to Morsgate after 1 August 2016 and if so when and in what circumstances?<br><br>g) Has D2 supplied Parker Services or other services to persons other than Morsgate and if so when, on what terms and in what circumstances? | PoC 15(c), 15(e), 37(d)-(h)<br><br>Def1 3(c), 3(f), 7(e)<br><br>Reply 3, 5(d), 9<br><br>RRFI 3 | Model B for 8a<br><br>Model D for 8b to 8h | Model B for 8a<br><br>Model D for 8b to 8h |

| | Brief description of the Issue for Disclosure | Reference to statement of case | Model of Extended Disclosure (A – E) | |
|---|---|---|---|---|
| | | | By Claimant | By Defendants |
| | h) What payments has D2 received since 7 June 2016 from persons other than Morsgate and what has become of them? | | | |
| | | | | |
| 10. | **Return of assets / tracing**<br><br>(a) Of what does D2's business and assets currently consist?<br><br>(b) What has become of any assets transferred to D2 from the Company at the time of the UK Transfer or of any assets derived from them? | PoC 29, 37(f)<br><br>Def1 7(e)(iv) | Model D | Model D |
| | | | | |
| 11. | **Set off**<br><br>a) In what circumstances did D2 pay £80,365.05 to C on 4 November 2016?<br><br>b) Was that payment in excess of what was due to C from D2 at the time and if so by how much? | Def2 42<br><br>Reply 25 | Model D | Model D |

| Brief description of the Issue for Disclosure | | Model of Extended Disclosure (A – E) | | |
|---|---|---|---|---|
| | | Reference to statement of case | By Claimant | By Defendants |
| | | | | |
| 12. | **Assignment**<br><br>On what terms did the Claimant purport to acquire the claim in this action including as to consideration agreed? | Def1 1(a), 1(b), 5(b)(ii) | Model B | N/A |