# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

| | |
|---|---|
| *In re* Application of<br><br>MOUSSY SALEM,<br><br>        Applicant,<br><br>FOR AN ORDER TO TAKE DISCOVERY PURSUANT TO 28 U.S.C. § 1782 FROM BENO SALEM | Case No. 1:23-mc-23186-KMM |

## NOTICE OF FILING

Pursuant to this Court's order dated June 18, 2024, directing the parties to file any legal authorities or other documents on which they intend to rely during the July 8, 2024 hearing (ECF No. 64), Beno Salem hereby identifies and files the documents set forth on the table below.

While Beno intends to rely upon the Settlement Agreement, that document was previously filed at ECF No. 42-1 and is the subject of a pending sealing motion, and so has not been re-filed here. Beno also intends to rely upon a Declaration of Nicholas Marsh, which references the contents of the Settlement Agreement. Beno is therefore filing a separate motion for leave to file the Declaration under seal, and will file the Declaration once the motion is granted. In the interim, an electronic copy of the Declaration will be e-mailed to Chambers and all counsel of record.

Pursuant to this Court's order that Beno file the English Court's July 19, 2023 Discovery Order: (i) the list of proposed discovery requests which was submitted to the English Court is attached as Exhibit 7; (ii) the transcript of the July 19, 2023 hearing in which the English Court ruled on the proposed discovery requests is attached as Exhibit 8; and (iii) the final Disclosure Review Document as ordered by the English Court on July 19, 2023 is attached as Exhibit 10.

| Exhibit | Document |
|---|---|
| -- | Settlement Agreement (previously filed at ECF No. 42-1 at pages 5-36) |
| 1 | Declaration of Nicholas Marsh (pending leave to file under seal) |
| 2 | Ex. A to Declaration of Nicholas Marsh: *AIG Europe SA v John Wood Group Plc* [2022] EWCA Civ 781 |
| 3 | Ex. B to Declaration of Nicholas Marsh: *Société Nationale Industrielle Aerospatiale v Lee Kui Jak* [1987] AC 871 |
| 4 | Ex. C to Declaration of Nicholas Marsh: *Wood v Capita Insurance Services Limited* [2017] AC 1173 |
| 5 | Ex. D to Declaration of Nicholas Marsh: Freddy Salem's Re-Amended Defence in the English Proceedings |
| 6 | Ex. E to Declaration of Nicholas Marsh: Orders of the English Court dated 11 April 2016 and 19 April 2016 |
| 7 | Ex. F to Declaration of Nicholas Marsh: Proposed Draft Issues for Disclosure and Proposed Disclosure Models |
| 8 | Ex. G to Declaration of Nicholas Marsh: Transcript of 19 July 2023 Hearing in the English Proceedings |
| 9 | Ex. H to Declaration of Nicholas Marsh: *Pinewood Technologies Asia Pacific Limited v Pinewood Technologies Plc* [2023] EWHC 2506 (TCC) |
| 10 | Ex. I to Declaration of Nicholas Marsh: Disclosure Review Document as Ordered on 19 July 2023 |
| 11 | Ex. J to Declaration of Nicholas Marsh: Claimant's Response to the First Defendant's Request for Further Information dated 12 March 2024 in the English Proceedings |
| 12 | *Patent Licensing and Investment Co., LLC v. Green Jets Inc.*, No. 11-80689-CIV, 2012 WL 13019189 (S.D. Fla. May 9, 2012) |
| 13 | *PayRange, Inc. v. KioSoft Technologies*, No. 20-cv-24342, 2022 WL 823885 (S.D. Fla. Mar. 18, 2022) |

| 14 | *In re Managed Care Litigation*, No. 00-MD-1334, 2010 WL 6532982 (S.D. Fla. Aug. 15, 2010) |
|---|---|
| 15 | *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241 (2004) |
| 16 | *ASI Diamonds, Inc. v. Allianz Versicherungs-Aktiengesellschaft*, No. 1:18-cv-20680, 2018 WL 8193867 (S.D. Fla. Aug. 16, 2018) |
| 17 | *Ungaro-Benages v. Dresdner Bank AG*, 379 F.3d 1227 (11th Cir. 2004) |
| 18 | *Jeld-Wen, Inc. v. Nebula Glass International Inc.*, No. 07-22326-CIV, 2008 WL 11333314 (S.D. Fla. Feb. 26, 2008) |
| 19 | *CMA of Delaware, Inc. v. Mursten*, No. 14-62066-CIV, 2015 WL 11197768 (S.D. Fla. May 21, 2015) |
| 20 | *JILCO, Inc. v. MRG of S. Fla., Inc.*, 162 So. 3d 108 (Fla. Dist. Ct. App. 2014) |
| 21 | *Monterey at Malibu May Condominium Ass'n, Inc. v. Empire Indemnity Insurance Co.*, No. 20-cv-24587, 2021 WL 603032 (S.D. Fla. Jan. 11, 2021) |
| 22 | *USA Entertainment Group, Inc. v. City of Pompano Beach*, No. 18-cv-62740, 2019 WL 498743 (S.D. Fla. Feb. 8, 2019) |
| 23 | *Rodriguez v. Western World Insurance Company*, No. 21-cv-20032, 2021 WL 2666995 (S.D. Fla. May 11, 2021) |
| 24 | *Fees v. Zarco*, No. 17-civ-20564, 2019 WL 2106072 (S.D. Fla. Feb. 11, 2019) |
| 25 | *Groom v. Bank of America*, No. 08-cv-2567, 2010 WL 62756 (M.D. Fla. Feb. 23, 2010) |
| 26 | *Hard Rock Café International USA, Inc. v. RockStarHotels, Inc.*, No. 17-cv-62013, 2018 WL 7144143 (S.D. Fla. July 16, 2018) |
| 27 | *NF Import & Export, Inc. v. VIA Mat International AG*, No. 11-cv-23371, 2012 WL 13013078 (S.D. Fla. Aug. 3, 2012) |
| 28 | *Esquivel v. Arau*, 913 F. Supp. 1382 (C.D. Cal. 1996) |
| 29 | *Cadle Co. v. Beury*, 242 F.R.D. 695 (S.D. Ga. 2007) |
| 30 | *Wolf v. Pacific Nat. Bank, N.A.*, No. 09-21531-CIV, 2010 WL 1462298 (S.D. Fla. Mar. 18, 2010) |

Dated: July 1, 2024
New York, New York

STEPTOE LLP
By: /s/ Nathaniel J. Kritzer

Nathaniel J. Kritzer
Jason E. Meade
1114 Avenue of the Americas
New York, New York 10036
Tel: (212) 506-3900
Fax: (212) 506-3950
nkritzer@steptoe.com
jmeade@steptoe.com

Elise Haverman (Bar No. 1003004)
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel: (202) 429-8000
Fax: (202) 429-3902
ehaverman@steptoe.com

*Counsel for Movant Beno Salem*