# EXHIBIT 7

**KEY:** (i) agreed form appears in black;
(ii) issues/amendments proposed by the Claimant, but not agreed by the Defendants appear in green;
(iii) issues/amendments proposed by the Defendants but not agreed by the Claimant appear in red.

.

## Section 1A:
## Issues for Disclosure and proposed Disclosure Models

| | Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|---|
| | | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| 1. | **Winding up of Parker**<br><br>(a) Why was Parker wound up by means of a members' voluntary liquidation?<br><br>(b) What tax advice was taken in relation to the winding up of Parker, in particular, as regards entrepreneurs' relief?<br><br>(c) Did the Claimant and / or the First Defendant know that Parker was to be wound up in order that its members qualify for entrepreneurs' relief?  Did they agree to its winding up on this basis?<br><br>(d) What tax benefit was claimed and received by the Claimant, the First Defendant and others in relation to the winding up of Parker? | Def1 4(c)<br><br>Reply 4(a)(iv)[2], 11(c)(ii) | | | Model D | D1: Model D<br><br>D2-4: Model B | |
| | | | | | | | |

---

[1] If the wording of any Issue for Disclosure cannot be agreed, the alternative wording proposed should be included immediately under the claimant's formulation.
[2] 2nd – 4th Defendants' proposed insertion of (iv) but Claimant does not agree.

39

| Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|
| | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| 2. | **Sale to the Company (Monline BVI)**<br><br>(a) What assets were sold by Parker to the Company?<br><br>(b) Did the Claimant know that the Company would not acquire Parker's contract with Morsgate?[3] | Def1 3(f)(ii), 4(e), 4(f), 4(j)<br><br>Reply 4(c)[4] | | | Model B for 2a<br><br>Model D for 2b | Model B for 2a<br><br>Model D for 2b | |
| | | | | | | | |
| 3. | **Beneficial ownership of the Company**<br><br>Who were the beneficial owners of the shares in the Company as at 16 March 2016 and/or thereafter? | PoC 5<br><br>Def1 3(e)<br><br>Def2 6<br><br>Reply 3(c), 4(a)(iii) | | | Model D | D1: Model D<br><br>D2-4: Model B | |
| | | | | | | | |
| 4. | **The Company's supply of Parker Services to Morsgate** | PoC 16 | | | Model D | Model D | |

---

[3] 1st Defendant proposed insertion at 2(b) but Claimant does not agree.
[4] 1st Defendant proposed statement of case reference at 2(b) but Claimant does not agree

| | Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|---|
| | | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| | On what basis did the Company supply Parker Services to Morsgate from 30 March 2016 to 6/7 June 2016? | Def1 3(f), 4, 12, 16(a) Def2 21, 23 Reply 4(a)(i), 4(b), 5 | | | | | |
| | | | | | | | |
| 5. | **UK Transfer** (a) What dealings were there between (i) the Company (ii) the parties and (iii) Morsgate with respect to the UK Transfer and/or the supply of Parker Services in the period 16 March 2016 to 1 August 2016? (b) What was the practical effect of the UK Transfer as between the Company, D2 and/or Morsgate (i) in the period from 6/7 June 2016 to 1 August 2016 and (ii) thereafter? (c) Who acted for (i) the Company (ii) D2 (iii) Morsgate in the dealings referred to in issue 5(a)?[5] | PoC 7, 18, 20, 23, 25, 26, 28, 32 Def1 3(f), 4(j), 4(k), 12, 14, 19 Def2 8(a), 25(b) 25(c), 29, 30, 33, 35 | | | Model D | Model D | |

---

[5] 2nd – 4th Defendants and 1st Defendant proposed removal of 5(c) but Claimant does not agree.

| Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|
| | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| (d) What consideration (if any) was agreed between the Company, D2 and/or Morsgate to be payable to the Company with respect to the UK Transfer and when and by whom was any such agreement reached?[6] | Reply 3(f), 3(g), 4(g), 5(c) RRFI 2, 18 | | | | | |
| | | | | | | |
| 6. **The Company's UK bank account** (a) What steps were made by or on behalf of the Company to open a UK or GBP[7] bank account prior to 6 June 2016, when, by whom and with what result? (b) Was the Company's alleged failure or inability to open a UK bank account by 6 June 2016 relevant to the UK Transfer and if so, how?[8] | Def1 3(f)(iii), 4(i), 4(k)(i), 16(a), 19(b), 19(d) Def2 33(b) Reply 4(f), 4(h), 14(c) | | | Model D | Model D | |
| | | | | | | |

---

[6] 2nd – 4th Defendants and 1st Defendant proposed removal of 5(d) but Claimant does not agree.
[7] 1st Defendant proposed the removal of the words "or GBP" but Claimant does not agree.
[8] 2nd – 4th Defendants and 1st Defendant proposed removal of 6(b) but Claimant does not agree.

| | Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|---|
| | | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| 7. | **Ownership and control of D2**<br><br>(a) What dealings were there between D1, D3 and D4 on or before 6/7 June 2016 or thereafter regarding the formation, ownership and control of D2?<br><br>(b) Do D3 and D4 hold their shares in D2 on trust for or as nominees for D1?[9]<br><br>(c) Has D1 been in control of the management of D2 or part of the controlling mind of D2 since 7 June 2016 or from any later date or during any later period?[10] | PoC 23, 37(a)<br><br>Def1 7(d), 16(b), 18<br><br>Def2 33(b), 33(d), 33(e), 34<br><br>Reply 8(c), 16<br><br>RRFI 8, 11 | | | Model D | Model D | |
| | | | | | | | |
| 8. | **Morsgate**<br><br>a) What role (if any) did D1 or D4 play in the management or affairs of Morsgate from 2013 onwards? | PoC 15(c), 15(e), 37(d)-(h)<br><br>Def1 3(c), 3(f), 7(e) | | | Model B for 8a<br><br>Model D for 8b to 8f | Model B for 8a<br><br>Model D for 8b to 8f | |

---

[9] 2nd – 4th Defendants and 1st Defendant proposed removal of 7(b) but Claimant does not agree.
[10] 2nd – 4th Defendants and 1st Defendant proposed removal of 7(c) but Claimant does not agree.

| Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|
| | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| b) What services did Parker supply to Morsgate pursuant to the 'Parker Logistics Agreement' dated 14 March 2000 from 2013 until 30 March 2016?<br><br>c) What services were provided to Morsgate by the Company after 30 March 2016?<br><br>d) What payments were made to or for the benefit of D2 by Morsgate from 7 June 2016 to date and on what basis?<br><br>e) What became of those payments?<br><br>f) Did D2 cease to supply Parker Services to Morsgate after 1 August 2016 and if so when and in what circumstances?<br><br>g) Has D2 supplied Parker Services or other services to persons other than Morsgate and if so when, on what terms and in what circumstances?[11] | Reply 3, 5(d), 9<br><br>RRFI 3 | | | Model D | Model D | |

---

[11] 1st Defendant proposed removal of 8(g) but Claimant does not agree.

| | Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|---|
| | | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| | h) What payments has D2 received since 7 June 2016 from persons other than Morsgate and what has become of them?[12] | | | | Model D | Model D | |
| | | | | | | | |
| 9. | **The African Business**[13]<br><br>a) What was the composition of the trading business in Africa associated with the Salem family (**African Business**) from 2013 onwards and how did it operate?<br><br>b) What role did Morsgate play in the African Business from 2013 onwards?<br><br>c) What role did Parker play in the African Business from 2013 until 30 March 2016?<br><br>d) What role did C, D1, D3 and D4 play in the African Business, Morsgate, Parker and D2 from 2013 onwards? | PoC 4, 15(c), 15(e)<br><br>Def1 3(a). 3(c), 3(f), 7(e)<br><br>Reply 3, 8(a), 9, 19(b)<br><br>RRFI 3, 4, 5, 6, 8, 12-17 | | | Model D | Model D | |

---

[12] 1st Defendant proposed the removal of the words "persons other than" but Claimant does not agree.
[13] 1st Defendant proposed the removal of the entire African business section, but Claimant does not agree.

| | Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|---|
| | | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| | e) What role did D2 play in the African Business from 7 June 2016? | | | | | | |
| | | | | | | | |
| 10. | **Return of assets / tracing**<br><br>(a) Of what does D2's business and assets currently consist?<br><br>(b) What has become of any assets transferred to D2 from the Company at the time of the UK Transfer or of any assets derived from them? | PoC 29, 37(f)<br><br>Def1 7(e)(iv) | | | Model D | Model D | |
| | | | | | | | |
| 11. | **Set off**<br><br>a) In what circumstances did D2 pay £80,365.05 to C on 4 November 2016?<br><br>b) Was that payment in excess of what was due to C from D2 at the time and if so by how much? | Def2 42<br><br>Reply 25 | | | Model D | Model D | |
| | | | | | | | |

| Brief description of the Issue for Disclosure[1] | | Issue agreed? | | Proposed Model of Extended Disclosure (A – E) | | Decision (for the court) |
|---|---|---|---|---|---|---|
| | Reference to statement of case | Yes | No (party not agreeing) | To be completed by claimant | To be completed by defendants | |
| 12. **Assignment**<br><br>a) On what terms did the Claimant purport to acquire the claim in this action including as to consideration agreed?[14] | Def1   1(a), 1(b), 5(b)(ii) | | | Model B | N/A | |

---

[14] 1st Defendant proposed the inclusion of the assignment section, but Claimant does not agree.

9