# EXHIBIT 2

N244
# Application notice

For help in completing this form please read the notes for guidance form N244 Notes.

Find out how HM Courts and Tribunals Service uses personal information you give them
when you fill in a form:
https://www.gov.uk/government/organisations/hm-courts-and-tribunals-service/about/personal-information- charter

| | |
|---|---|
| **Name of court** HIGH COURT (CHANCERY DIVISION) | **Claim no.** HC-2014-000788 CHANCERY DIVISION |
| **Fee account no.** (if applicable) | **Help with Fees – Ref. no.** (if applicable) H W F - ☐☐☐ - ☐☐☐ |
| **Warrant no.** (if applicable) | |
| **Claimant's name** (including ref.) (1) ISAAC MOUSSA SALEM; (2) MIREILLE RAYMOND SALEM; (3) MOUSSA ("MOUSSY") SALEM | |
| **Defendant's name** (including ref.) (1) FARAJ ("FREDDY") MOUSSA SALEM; (2) BENO MOUSSA SALEM; (3) SEQUENT (C.I.) LIMITED (FORMERLY ROTHSCHILD SWITZERLAND (C.I.) TRUSTEES LIMITED); (4) GUERNSEY GLOBAL TRUST LIMITED | |
| **Date** | 23.2.24 |

1. What is your name or, if you are a legal representative, the name of your firm?

   RECHTSCHAFFEN LAW OFFICES

2. Are you a     ☐ Claimant     ☐ Defendant     ☒ Legal Representative

   ☐ Other (please specify) [                    ]

   If you are a legal representative whom do you represent?    Third Claimant ("Moussy")

3. What order are you asking the court to make and why?

   By reason of the First Defendant ("Freddy) and Second Defendant's ("Beno") breaches of the Settlement Deed dated 15 April 2016, the Court is respectfully requested to (1) lift the stay imposed by the Tomlin Order dated 19 April 2016; (2) make declarations to enforce the obligation to refer the valuation and division of the "African Business" (as defined in the Settlement Deed) to expert determination; (3) alternatively, make a declaration that Freddy and Beno have breached the Settlement Deed and order an inquiry into damages. A draft order is attached hereto.

4. Have you attached a draft of the order you are applying for?     ☒ Yes     ☐ No

5. How do you want to have this application dealt with?     ☒ at a hearing     ☐ without a hearing

   ☐ at a remote hearing

6. How long do you think the hearing will last? Is this time estimate agreed by all parties?

   4 Hours     45 Minutes

   ☐ Yes     ☒ No

7. Give details of any fixed trial date or period     N/A

8. What level of Judge does your hearing need?     High Court Judge

9. Who should be served with this application?     See appendix.

9a. Please give the service address, (other than details of the claimant or defendant) of any party named in question 9.     See appendix.

10. What information will you be relying on, in support of your application?

☒the attached witness statement

☐the statement of case

☐the evidence set out in the box below

| |
|---|
| If necessary, please continue on a separate sheet. |

11. Do you believe you, or a witness who will give evidence on your behalf, are vulnerable in any way which the court needs to consider?

☐ Yes. Please explain in what way you or the witness are vulnerable and what steps, support or adjustments you wish the court and the judge to consider.

☒ No

# Statement of Truth

I understand that proceedings for contempt of court may be brought against a person who makes, or causes to be made, a false statement in a document verified by a statement of truth without an honest belief in its truth.

☐ **I believe** that the facts stated in section 10 (and any continuation sheets) are true.

☐ **The applicant believes** that the facts stated in section 10 (and any continuation sheets) are true. **I am authorised** by the applicant to sign this statement.

**Signature**

[signature]

☐ Applicant

☐ Litigation friend (where applicant is a child or a Protected Party)

☒ Applicant's legal representative (as defined by CPR 2.3(1))

**Date**

| Day | Month | Year |
|-----|-------|------|
| 23  | 02    | 2024 |

Full name

Shlomo Rechtschaffen

Name of applicant's legal representative's firm

Rechtschaffen Law

If signing on behalf of firm or company give position or office held

Solicitor/Principal

Applicant's address to which documents should be sent.

**Building and street**

8a Green Walk

**Second line of address**

**Town or city**

London

**County** (optional)

**Postcode**

NW4 2AJ

**If applicable**

**Phone number**

07932016551

**Fax phone number**

**DX number**

**Your Ref.**

MO/01

**Email**

shlomo@rlawoffices.co.uk