# EXHIBIT 1

# RECHTSCHAFFEN LAW
Rechtschaffen Law Offices

8a Green Walk
London NW4 2AJ
Tel.   +44 20 3191 8895
Mob.   +44 793 201 6551
Email:   shlomo@rlawoffices.co.uk

**BY EMAIL**

**Quinn Emanuel** - QE-Salem <qe-salem@quinnemanuel.com>; Kilian Elkinson <kilianelkinson@quinnemanuel.com>; Nick Marsh <nickmarsh@quinnemanuel.com>; Justin Michaelson <justinmichaelson@quinnemanuel.com>; Callum Davidson <callumdavidson@quinnemanuel.com>;

cc **Stewarts Law LLP -** Stewarts Salem <stewarts-salem@stewartslaw.com>; James Price <jprice@stewartslaw.com>; Emma Holland <eHolland@stewartslaw.com>; Gemma Walton <gwalton@stewartslaw.com>; Judith Swinhoe-Standen <jswinhoe-standen@stewartslaw.com>; Gemma Walton <gwalton@stewartslaw.com>

cc **Carey Olsen (GUERNSEY) LLP** - Nina Clift <nina.clift@careyolsen.com>; Theo Hannah <theo.hannah@careyolsen.com>; Jane Fitchet <jane.fitchet@careyolsen.com>; Natasha Kapp <natasha.kapp@careyolsen.com>

cc Robert Salem - <rsalem@durationam.com>

**AND BY POST**

cc Mireille Raymond Salem
19 Chalton Drive
5 Laurence Pountney Hill London
London N2 0QW

cc Sequent (Schweiz) AG and RTB Trustees AG
St Julian's Court, St Julian's Avenue, St Peter
FAO: Samantha Stevenson / Emma Roberts

cc Robert Salem
5 Church Mount
London
N2 0RW

Rechtschaffen Law is a legal practice and the trading name of S.R Law Ltd a limited liability company registered in England and Wales under no.9212612, authorised and regulated by the Solicitor Regulation Authority, SRA No. 628596



19 June 2024

Dear Sir and Madam,

We refer to your letter of 13 June 2024.

You have provided no explanation – still less any adequate explanation – for your clients' behaviour. We simply do not see how you can maintain your application to the English Court, involving significant derogations from the principle of open justice, in circumstances where your own client has made the relevant documentation publicly available in proceedings in the United States. On any view, this must affect points made in support of the application in Marsh 1 such as that:

- *"Given the historic and current interest of the press in these proceedings, and the apparent breaches of clause 9.1 of the Settlement Deed that have already occurred, it is likely that it will be impossible to maintain confidentiality in the Confidential Information unless the relevant part of the Directions Hearing is held in private."*[1] This is obviously not the case in circumstances where the Settlement Deed is publicly available elsewhere.

- *"The order sought for privacy is both necessary and proportionate."*[2] The availability of the Settlement Deed to the public for a period of over 2 months by the time of your application obviously goes to the necessity and proportionality of the order in question.

We therefore urge you to re-consider your refusal to withdraw your clients' application. Enough time has already been taken up by your trenchant correspondence on this issue in circumstances where you have been criticising our client for doing exactly the same thing your client has done in a different jurisdiction. We reserve the right to draw all of this correspondence to the attention of the Court.

Yours faithfully,

**Rechtschaffen Law**

---

[1] Marsh 1 §29.2.
[2] Marsh 1 §30.

Rechtschaffen Law is a legal practice and the trading name of S.R Law Ltd a limited liability company registered in England and Wales under no.9212612, authorised and regulated by the Solicitor Regulation Authority, SRA No. 628596